WILLIAM A. SCHENCK, Appellant, v. JOSEPH MEYER, JR., et al.,
Respondents.

Submitted October 22, 1945; decided October 26, 1945.

*E. F. W. Wildermuth* for motion.
*George F. Reid* and *John M. Keating* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.